JS-6

LOCKE LORD BISSELL & LIDDELL LLP
Conrad V. Sison (SBN: 217197)
csison@lockelord.com
Matthew B. McClendon (SBN: 256031)
mmcclendon@lockelord.com
300 South Grand Avenue, Suite 2600
Los Angeles, California 90071-3119
Telephone:  (213) 485-1500
Facsimile:   (213) 485-1200

Attorneys for Defendants
WELLS FARGO BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR ABFC 2005-HE2 TRUST; ABFC ASSET-BACKED CERTIFICATES, SERIES 2005-HE2 (incorrectly sued herein as "Wells Fargo Bank National Association, as Trustee for Bank of America ABFC 2005-HE2 by Saxon Mortgage Services, Inc. as Attorney-in-fact") and SAXON MORTGAGE SERVICES, INC.

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SILVIA SALAZAR,<br><br>    Plaintiff,<br><br>  vs.<br><br>QUALITY LOAN SERVICE CORP.; WELLS FARGO BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR BANK OF AMERICA ABFC 2005-HE2 BY SAXON MORTGAGE SERVICES INC. AS ATTORNEY-IN-FACT,  and DOES 1-50, inclusive,<br><br>    Defendants. | CASE NO. CV09-00756 R (RZx)<br><br>**JUDGMENT**<br><br>Honorable Manuel L. Real |

1  This Court, having granted the Motion to Dismiss filed by Defendants Wells
2  Fargo Bank National Association, as Trustee for ABFC 2005-HE2 Trust; ABFC
3  Asset-Backed Certificates, Series 2005-HE2 ("the Trustee") and Saxon Mortgage
4  Services, Inc. ("Saxon") with prejudice, IT IS ORDERED AND ADJUDGED that
5  Plaintiff's Complaint is DISMISSED WITH PREJUDICE and JUDGMENT IS
6  RENDERED IN FAVOR OF DEFENDANTS.

DATED:   April 13, 2009

_____
Hon. Manuel L. Real
United States District Court Judge
Central District of California