

1   LOCKE LORD BISSELL & LIDDELL LLP
2   Conrad V. Sison (SBN: 217197)
    csison@lockelord.com
3   Matthew B. McClendon (SBN:  256031)
4   mmcclendon@lockelord.com
    300 South Grand Avenue, Suite 2600
5   Los Angeles, California  90071-3119
6   Telephone:   (213) 485-1500
    Facsimile:    (213) 485-1200
7
8   Attorneys for Defendants
    WELLS FARGO BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR ABFC
9   2005-HE2 TRUST; ABFC ASSET-BACKED CERTIFICATES, SERIES 2005-HE2
10  (incorrectly sued herein as "Wells Fargo Bank National Association, as Trustee for
    Bank of America ABFC 2005-HE2 by Saxon Mortgage Services, Inc. as Attorney-in-
11  fact") and SAXON MORTGAGE SERVICES, INC.

12                  **UNITED STATES DISTRICT COURT**

13                  **CENTRAL DISTRICT OF CALIFORNIA**

14

15  SILVIA SALAZAR,                          ) CASE NO. CV 09-0756 R (RZx) [Related
                                             ) Group Ctrl No.: CV 09-0250 R (CTx)
16                  Plaintiff,               )
17                                           ) Hon. Manuel L. Real
        vs.                                  )
18                                           )
19  QUALITY LOAN SERVICE CORP.;  ) **ORDER AWARDING ATTORNEYS'**
20  WELLS FARGO BANK NATIONAL ) **FEES**
    ASSOCIATION, AS TRUSTEE FOR  )
21  BANK OF AMERICA ABFC 2005-   )
    HE2 BY SAXON MORTGAGE        )
22  SERVICES INC. AS ATTORNEY-   ) **Filed Concurrently with:**
23  IN-FACT,  and DOES 1-50, inclusive, ) **1. Notice of Lodging**
                                         ) **2. Declaration of Matthew B.**
24                  Defendants.          ) **McClendon**
25                                       )

26

27

28

Locke Lord Bissell & Liddell LLP
300 South Grand Avenue, Suite 2600
Los Angeles, CA  90071

1

Locke Lord Bissell & Liddell LLP
300 South Grand Avenue, Suite 2600
Los Angeles, CA 90071

1   The Court, having considered the testimony of Mitchell W. Roth on January 8,

2   2009 and January 13, 2009, the documents and evidence provided to the Court in this

3   action, the arguments of counsel and the parties, and having found that this action was

4   brought in bad faith and for the purposes of harassment, hereby awards Defendants

5   Wells Fargo Bank National Association, as Trustee for ABFC 2005-HE2 Trust;

6   ABFC Asset-Backed Certificates, Series 2005-HE2, and Saxon Mortgage Services,

7   Inc. their attorneys' fees of $13,425.00 pursuant to 15 U.S.C. § 1692k(a)(3), 28 U.S.C.

8   § 1927, and the Court's inherent power and authority to impose sanctions for willful

9   abuse of the judicial process, bad faith conduct during litigation, and filing of

10   frivolous papers.

11   The Court ORDERS that:

12   1.   Mitchell W. Roth and MW Roth PLC, jointly and severally, shall

13   reimburse Plaintiff all amounts paid by Plaintiff to file and/or pursue this lawsuit.

14   2.   Mitchell W. Roth and MW Roth PLC shall be jointly and severally liable

15   for Defendants' attorneys' fees in the amount of $13,425.00.

16

17   **IT IS SO ORDERED.**

18

19

20   DATED:   April 14, 2009   _____

21                                Hon. Manuel L. Real
                                 United States District Court Judge
22                               Central District of California

23

24

25

26

27

28

[PROPOSED] ORDER AWARDING ATTORNEYS' FEES

1

**CERTIFICATE OF SERVICE**

2      I, Matthew B. McClendon, an attorney, do hereby certify that on April 13,

3   2009, I caused a copy of the foregoing [PROPOSED] ORDER AWARDING

4   ATTORNEYS' FEES to be served by the method so indicated below upon the

5   following parties:

6

7   *Mitchell W. Roth*
    M.W. Roth, PLC

8   13245 Riverside Drive, Suite 320
    Sherman Oaks, California 91423

9
    *Via U.S. Mail, postage prepaid.*

10

11

12   Dated: April 13, 2009                  By:      /s/ Matthew B. McClendon
                                                     Matthew B. McClendon
13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

*Locke Lord Bissell & Liddell LLP*
*300 South Grand Avenue, Suite 2600*
*Los Angeles, CA  90071*

3